Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT

for the

District of _COLORADO__

2017 APR 28 PM 3: 46

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Division

JACQUELINE SANTISTEVAN

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

DENVER POLICE DEPARTMENT
SGT BROWN,CARLA ,SGT MOORE,
MUNSON,JENESSA SMITH, SGT.BLAIR,SALENAS,

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 17-cv-1062

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JACQUELINE SANTISTEVAN |
| Street Address | 466 S GRANTS ST |
| City and County | DENVER |
| State and Zip Code | COLORADO |
| Telephone Number | 303-543-0606 |
| E-mail Address | |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                              SGT BROWN

    Job or Title *(if known)*   INTERNAL AFFAIRS CAPTIAN

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                              SGT BLAIR

    Job or Title *(if known)*   FRAUD DEPARTMENT SARGENT

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name                              SGT MOORE

    Job or Title *(if known)*   STREET SARGENT

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name                              CARLA

    Job or Title *(if known)*   INTERNAL AFFAIRS

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(18USC371 )(18USC1341&1343,1344)(18USC1001(18USC2511)(18USC1030)
(18USC1985,1986,1987)(18USC1519) (18USC1349) (18USC1512)(18USC1956)(18USC1346)
(18USC1001)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

OFFICERS PLACED PLAINTIFF ON 72 HR MENTAL HEALTH HOLDS OVER 10x, RETALIATED BY THREATS TO ARREST AND ARESTING THE PALINTIFF IN MARCH 2017 FOR MISSUSE OF 911, IMPEDING JUSTICE BY REFUSING TO MAKE REPORTS AND OR INVESTIGATE CONTINUES CRIMES OF DOMESTIC VIOLENCE,UNKOWING ADMINISTERED GAMA HYDROXY(GHB), ATTEMPTED MURDER,TELLECOMUNICATION WIRE TAPPING AND INTERCEPTION OF NETWORKING, BANK FRAUD,WHILE THE PLAINTIFF HAS INDIVIDUALS WHO VOLUNTARLY USE  TATICTS OF BAITING AND CONFIDENCE GAMES  TO DESTROY EVIDENCE AND TAKE MONEY AND PERSONAL PROPERTIE.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.PLAINTIFF REQUEST STATEMENTS AND EVIDENCE TO BE CONFIDENTIALFROM THE DEFENDENTS
2. RESTRAING ORDER AGAINST DEFENDENTS TO STOP THE BAITING
3. RESTRAIN ANY ACCESS TO COMPUTER DEVICES, INTERNET AND TELLECOMUNICATIONS
4. ORDER TO GET ALL DATA FROM ALL ACCOUNTS INVOLVING FRAUD, WIRE TAPPING  AND THE OTHER LISTED CRIMES 5. STOP SENDING ME TO THE HOSPITAL WHEN TRYING TO FILE REPORTS.

6. PLAITIFF PRAYS TO BE PLACED IN A WITNESS PROTECTION PROGRAM
7.PLAINTIFF ASK FOR ALL OFFICERS TO HAVE TO POST A BAIL DUE TO THE RETALIATION AND THE PLAINTIFF IS TERRIFIED FOR HER LIFE SHE HAS NO MONEY AND IF SHE GETS ANY MONEY AND OR UNDERGARMET, CLOTHING OR FOOD  HER HUSBAND AND MOTHER BREAK IN AND TAKE ALL SHE HAS. SHE REQUEST TO AMEND THE COMPLAINT, DEFENDENTS LIST, AND ANYTHING OTHER  DUE TO LACK OF INFORMATION. PLAINTIFF ASKED FOR MONETART, PUNITIVE AN DEXEMPLAIRY. PALINTIFF REQUEST FOR THE MAX FINES AND JAIL SENETENCE TO BE TREBLE

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        04/26/2017

Signature of Plaintiff
Printed Name of Plaintiff      JACQUELINE SANTISTEVAN

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address