IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01062-GPG

JACQUELINE SANTISTEVAN,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT,
CARLA BOWN, Sgt., Denver Police Department,
MUNSON MOORE, Sgt.,
JENESSA SMITH, and
BLAIR SALENAS, Sgt.

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 13, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 13th day of June, 2017.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/D. Kalsow
                             Deputy Clerk